# EXHIBIT A

**ZAIGER LLC**
2187 Atlantic Street, 9th Floor
Stamford, CT 06902

JEFFREY H. ZAIGER
DIRECT DIAL: (203) 347-7180
EMAIL: JZAIGER@ZAIGERLLC.COM

July 27, 2022

**Via Email**
William Ward Bucher IV
405 Atlantic St., Apt. 7M
Stamford, CT 06901
Email: wustlwill@gmail.com

Re:  **Offer of Employment**

Dear Will:

I am pleased to confirm an offer of employment at Zaiger LLC ("**Z LLC**" or the "**Firm**") to (i) lead the Firm's development and pursuit of mass arbitration strategies (the "Strategies"), and (ii) work on Z LLC's general litigation matters, as needed, at an hourly rate to be paid on a quarterly basis (the "General Litigation Work").

Start date:  August 11, 2022, or another mutually agreeable date

Compensation (Two Components):

(1) Compensation for Work on the Strategies

   (a) $12,500 per month ($150,000.00/yr. *annualized*)

   (b) A percentage or payout of Z LLC's return or other recovery from any cases pursued pursuant to the Strategies commensurate with any percentage, payout, or allocation to Jeff Zaiger; *provided, however*, that any percentage recovery to you shall be reduced by incremental costs borne by the Firm from your employment such as (i) additional licenses for the Firm's research subscriptions, document management platform, and timekeeping software; (ii) additional insurance, (iii) payment of any recruiter fee; and, (iv) your proportional share of the Firm's allocated quarterly expenses.

(2) Compensation for General Litigation Work

   - $220 per hour (paid quarterly)

Benefits: Paid medical benefits on the same terms and conditions as offered to other employees of Z LLC.[1] Additionally, the Firm makes a 401(k)-benefit plan available to all employees including the potential for inclusion in the Firm's profit-sharing plan as well. The Firm also covers attorney registration costs, reasonable CLE-related costs, and membership to attorney-affiliated groups such as the Federal Bar Council. Additionally, daily lunches are provided for employees working out of the Firm's Stamford offices.

Your employment will be contingent upon the satisfactory completion of a background check (for which consent forms will be provided following your acceptance of this offer). This letter does not create any right to continued employment for any period of time. If you accept this offer, your employment with the Firm at all times will be "at will." This means that either you or the Firm may end your employment at any time for any or no reason, except that: (i) if the Firm terminates your employment, without cause, you will be entitled to compensation outlined in Compensation Section 1(b) for services rendered and work performed on cases pursued pursuant to the Strategies while employed, on a *quantum meruit* basis, even if applicable revenue is received from such cases after termination, and (ii) if you elect to terminate your employment with the Firm, without cause, then you shall forfeit the right to compensation outlined in Compensation Section 1(b); *provided, however*, that good faith discussions regarding resolution of any payment of compensation outlined in Compensation Section 1(b) shall occur in the event of either party terminating employment.

Please acknowledge your acceptance of this offer by signing below and returning a copy to Jeff Zaiger (jzaiger@zaigerllc.com) and Nancy DiDemetrio (ndidemetrio@bdcm.com) by Thursday, July 28, 2022. If you need additional time, please let me know.

Following receipt of your countersignature, we will also need a list of clients for whom you have worked over the course of your career in the unlikely event the Firm needs to erect any ethical walls.

Sincerely,

ZAIGER LLC

By: *[signature]*
Jeffrey H. Zaiger

Agreed and Accepted:

By: *[signature]*
Dated: 7/27/2022

---

[1] Z LLC is offering its employees coverage under UnitedHealthcare Oxford Freedom Gold Plan.

2