# EXHIBIT B

## Partnership and Compensation Agreement

**WHEREAS**, Zaiger LLC ("Z LLC" or the "Firm"), Jeffrey Zaiger, and Will Bucher intend to pursue mass arbitration strategies (the "Strategies") with Black Diamond Capital Management L.L.C. or its affiliates ("Black Diamond") over the course of the next four years or longer;

**WHEREAS**, Black Diamond seeks assurance that Will Bucher will remain a part of the team of managing the Strategies and has requested he be a bound by any funding agreement entered into between Black Diamond and Z LLC;

**WHEREAS**, Will Bucher is currently an at will employee of Z LLC and unwilling to commit to a four year agreement without a guarantee of employment and compensation;

**WHEREAS**, Jeffrey Zaiger and Will Bucher intend to organize as a partnership between themselves and, at Judd Linden's option, Judd Linden, to ensure the continued commitment of themselves to the Strategies and ensure fair compensation for all involved;

**WHEREAS**, Jeffrey Zaiger and Will Bucher intend compensation in the partnership to reflect that in Will Bucher's current employment agreement, including a payout or percentage of any recovery from the Strategies equal to any percentage, payout, or allocation to Jeffrey Zaiger;

**WHEREAS**, Jeffrey Zaiger and Will Bucher would complete the organization of a partnership prior to entering into a funding agreement with Black Diamond but for the time involved in doing so, and the negative impact the corresponding delay would have on the ability to promptly pursue the Strategies;

Jeffrey Zaiger and Z LLC commit to compensate Will Bucher, regardless of employment status, with a payout or percentage of any recovery from the Strategies equal to any percentage, payout, or allocation due to Jeffrey Zaiger from the Strategies, or one-half the profit earned by Z LLC from the Strategies, whichever is greater.

The above paragraph shall not apply if Will Bucher voluntarily resigns or is terminated for any of the following cause: disbarment or other loss or suspension of legal license; acts of violence or threatened violence; sexual harassment; stealing Firm money or property; falsifying records; conviction of a felony or other

crime which suggests a lack of truthfulness; using illegal drugs or watching pornography in the office; consuming alcohol in the office while working on client matters.

This agreement shall be effective as soon as (1) Jeffrey Zaiger and Will Bucher have signed this agreement; and (2) Z LLC and Will Bucher enter into a funding agreement regarding the Strategies with Black Diamond.

This agreement shall terminate upon the earlier of (1) the formation of the partnership currently contemplated by Jeff Zaiger and Will Bucher on terms similar or identical to those laid out in this agreement, or (2) four years.

By: _____
Will Bucher
Date: 10/28/2022

By: _____
Jeffrey Zaiger, on behalf on himself and Zaiger LLC
Date: 10/28/22