# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

**WILLIAM W. BUCHER IV,**

V.                    **SUMMONS IN A CIVIL CASE**

**ZAIGER LLC, ET AL.,**

CASE NUMBER: **3:23–CV–00452–AWT**

TO: **Black Diamond Capital Management, LLC, Stephen Deckoff, Jeffrey H. Zaiger, Zaiger LLC**
Defendant's Address:

A lawsuit has been filed against you.

Within **21** days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

**William J. O'Sullivan**
**O'Sullivan McCormack Jensen & Bliss PC**
**180 Glastonbury Blvd. Ste 210**
**Glastonbury, CT 06033**

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

**/s/ – D Mendez**
_____
*Signature of Clerk or Deputy Clerk*



**ISSUED ON 2023–04–10 16:20:14**, Clerk USDC
CTD

**PROOF OF SERVICE**
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*


This summons for *(name of individual and title, if any)*_____
was received by me on *(date)* _____.

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)*_____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____
_____ ; or

☐ Other  *(specify)* _____
_____
_____

My fees are $_____ for travel and $ _____for services, for a total of $_____0.00

I declare under penalty of perjury that this information is true.

Date: _____

_____
Servers signature

_____
Printed name and title

_____
Servers address

Additional information regarding attempted service, etc: