UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| **WILLIAM W. BUCHER IV, an individual,** : | |
| : | **CIVIL ACTION NO.** |
| : | |
| **PLAINTIFF,** : | |
| v. : | |
| : | |
| **ZAIGER LLC,** a New York limited liability : | |
| company, **JEFFREY H. ZAIGER,** an individual, : | **NO. 3:23-CV-00452-AWT** |
| **BLACK DIAMOND CAPITAL MANAGEMENT,** : | |
| **LLC,** a Delaware limited liability company, : | |
| **STEPHEN DECKOFF,** an individual. : | |
| : | |
| **DEFENDANTS** : | **MAY 24, 2023** |

## OPPOSITION TO INITIAL MOTION FOR EXTENSION OF TIME
## TO RESPOND TO COMPLAINT

Plaintiff W. William Bucher IV ("Bucher") respectfully opposes the Motion For Extension Of Time (the "Motion") filed by defendants Jeffrey Zaiger and Zaiger LLC (the "Zaiger Defendants").

The Motion seeks an extension of the Zaiger Defendants' responsive pleading deadline from the 21 days provided by the Federal Rules of Civil Procedure ("FRCP") to 51 days. But the Motion is devoid of any compelling showing of good cause for such a deviation from the standard responsive pleading deadline found in the FRCP.

Under Local Rule of Civil Procedure 7(b)(1), an extension "will not be granted except for good cause." Further, the Rule 7(b)(1) states that the "good cause standard requires a *particularized* showing that the time limitation in question cannot reasonably be met despite the diligence of the party seeking an extension." (Emphasis added).

The Motion does not make a showing of good cause. It cites only the page count of the complaint and states that the Zaiger Defendants want more time to analyze it. It contains no

particularized showing of the Zaiger Defendants' diligence or why reasonable diligence would not have allowed them to timely respond within the time normally required by the FRCP.

Further, though the Zaiger Defendants were served on May 9, 2023, the complaint was actually filed on April 10, 2023, and the Zaiger Defendants have been aware of its filing. 21 days from service is sufficient time (and the Motion has not shown otherwise) but the Zaiger Defendants have already had a month more than that to review.

Bucher believes that it is in the interest of a timely resolution of this dispute to have it come at issue under normal FRCP deadlines.  Therefore, he asks that the Motion be denied.

        **PLAINTIFF,**
        **WILLIAM BUCHER**

        By s/  William J. O'Sullivan
        William J. O'Sullivan (ct06482)
        O'Sullivan McCormack Jensen & Bliss PC
        180 Glastonbury Boulevard, Suite 210
        Glastonbury, CT 06033
        Phone (860) 258-1993
        Fax (860) 258-1991
        wosullivan@omjblaw.com
        His Attorneys

        Dhaivat Shah, Esq. (Pro Hac Vice to follow)
        David Siegel, Esq. (Pro Hac Vice to follow)
        Grellas Shah LLP
        20400 Stevens Creek Blvd.
        Suite 280
        Cupertino, CA 95014
        Tel: 408-255-6310
        Fax: 408-418-2536
        ds@grellas.com
        dsiegel@grellas.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 24, 2023, a copy of the foregoing was filed electronically and served by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

*/s/William J. O'Sullivan*
William J. O'Sullivan (ct06482)