UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| WILLIAM W. BUCHER, IV,<br>BUCHER LAW PLLC,<br><br>   Plaintiffs,<br><br>v.<br><br>ZAIGER LLC,<br>JEFFREY H. ZAIGER,<br>BLACK DIAMOND CAPITAL<br>MANAGEMENT, LLC,<br>STEPHEN DECKOFF,<br><br>   Defendants. | CASE NO. 3:23-cv-452 (AWT) |

## JUDGMENT

This action came on for consideration of motions to dismiss plaintiffs William W. Bucher, IV and Bucher Law PLLC's second amended complaint by defendants Zaiger LLC and Jeffrey H. Zaiger and Black Diamond Capital Management, LLC and Stephen Deckoff before the Honorable Alvin W. Thompson, United States District Judge.

The Court having considered the motions and the full record of the case including applicable principles of law, issued a ruling granting the defendants' motions. The Court found that the only claims in the second amended complaint brought under federal law are the claims under the Lanham Act in the Sixth, Tenth, and Twelfth Counts. The Court concluded that the factual allegations in those counts are insufficient to survive the defendants' motions to dismiss and, consequently, dismissed them and declined to exercise supplemental jurisdiction over the state law claims.

It is therefore;

**ORDERED, ADJUDGED AND DECREED** that judgment is hereby entered dismissing the second amended complaint. The Sixth and Tenth Counts against Zaiger LLC and Jeffrey H. Zaiger are dismissed with prejudice. The Twelfth Count against Black Diamond Capital Management, LLC and Stephen Deckoff is dismissed with prejudice.

The Court declines to exercise supplemental jurisdiction over the First, Second, Third, Fourth, Fifth, Seventh, Eighth, Ninth, Eleventh, and Thirteenth Counts, and this case is closed.

Dated at Hartford, Connecticut, this 5th day of March, 2025.

DINAH MILTON KINNEY, Clerk

By /s/ Linda S. Ferguson
` Linda S. Ferguson
Deputy Clerk

EOD: 3/5/2025