

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT
717 MADISON PLACE, N.W.
WASHINGTON, D.C. 20439

JARRETT B. PERLOW  
CLERK OF COURT

CLERK'S OFFICE  
202-275-8000

April 1, 2025

## NOTICE OF DOCKETING

**Federal Circuit Docket No.:** 2025-1609

**Federal Circuit Short Caption:** Bucher v. Zaiger LLC

**Date of Docketing:** April 1, 2025

**Originating Tribunal:** United States District Court for the District of Connecticut

**Originating Case No.:** 3:23-cv-00452-AWT

**Appellants:** William W. Bucher, IV, Bucher Law PLLC

A notice of appeal has been filed and assigned the above Federal Circuit case number. The court's official caption is included as an attachment to this notice. Unless otherwise noted in the court's rules, the assigned docket number and official caption or short caption must be included on all documents filed with this Court. It is the responsibility of all parties to review the Rules for critical due dates. The assigned deputy clerk is noted below and all case questions should be directed to the Case Management section at (202) 275-8055.

The following filings are due within 14 days of this notice:

- Entry of Appearance or Notice of Unrepresented Person. (Fed. Cir. R. 47.3.)
- Certificate of Interest. (Fed. Cir. R. 47.4; not required for unrepresented and federal government parties unless disclosing information under Fed. Cir. R. 47.4(a)(6))
- Docketing Statement. Note: The Docketing Statement is due in 30 days if the United States or its officer or agency is a party in the appeal. (Fed. Cir. R. 47.6 and the Mediation Guidelines; no docketing statement is required in cases with an unrepresented party)
- Statement Concerning Discrimination in MSPB or arbitrator cases. (Fed. Cir. R. 15(c); completed by petitioner only)
- Fee payment or appropriate fee waiver request, if the docketing fee was not prepaid (see Fee Payment below).

**FILING DOCUMENTS:** Each counsel representing a party must be a member of the court's bar and registered for the court's electronic filing system. Parties represented by counsel must make all filings through the court's electronic filing system.

Unrepresented parties may choose to submit case filings to the court either in paper or through the court's electronic filing system; electronic filing will only be permitted for unrepresented parties after successful registration for the court's electronic filing system and submission of a completed Notice of Unrepresented Person Appearance. Fed. Cir. R. 25(a). The court's Electronic Filing Procedures may be accessed [here](.).

**CONTACT INFORMATION:** Electronic filers, or unrepresented parties registered to receive electronic service, must update their contact information in their PACER service center profile whenever their contact information changes. Counsel must file an amended Entry of Appearance and unrepresented parties must file an amended Notice of Unrepresented Person Appearance whenever contact information changes. Fed. Cir. R. 25(a)(5).

**FEE PAYMENT:** Unless the filing fee was prepaid, fee payment must be submitted within fourteen days after this notice. Fed. Cir. R. 52(d). For outstanding docketing fees due to this court, electronic filers must pay the fee using the event Pay Docketing Fee through the court's electronic filing system. Fed. Cir. R. 52(e). Docketing fees due to other courts, such as U.S. District Courts, the U.S. Court of Appeals for Veterans Claims, and non-vaccine cases at the U.S. Court of Federal Claims, must be submitted to those courts in accordance with their procedures. A filer wishing to proceed without fee payment must submit a motion for leave to proceed in forma pauperis, or other fee waiver request, within fourteen days.

**OFFICIAL CAPTION:** The court's official caption is attached and reflects the lower tribunal's caption pursuant to Fed. R. App. P. 12(a), 15(a), and 21(a). Please review the caption carefully and promptly advise this court in writing of any improper or inaccurate designations.



Jarrett B. Perlow
Clerk of Court

By: I. Hammer, Deputy Clerk

**Attachments:**

- Official caption
- Paper Copies of General Information and Forms (to unrepresented parties only):
    - [General Information and Overview of a Case in the Federal Circuit](#)
    - [Notice of Unrepresented Person Appearance](#)
    - [Informal Brief](#)
    - [Informal Reply Brief](#) (to be completed only after receiving the opposing party's response brief)
    - [Motion and Affidavit for Leave to Proceed in Forma Pauperis](#) (only to filers owing the docketing fee)
    - [Supplemental in Forma Pauperis Form for Prisoners](#) (only to filers in a correctional institution)
    - [Statement Concerning Discrimination](#) (only to petitioners in MSPB or arbitrator case)

**cc:** United States District Court for the District of Connecticut

## Official Caption

**WILLIAM W. BUCHER, IV, BUCHER LAW PLLC,**
*Plaintiffs-Appellants*

v.

**ZAIGER LLC, JEFFREY H. ZAIGER, BLACK DIAMOND CAPITAL MANAGEMENT, LLC, STEPHEN DECKOFF,**
*Defendants-Appellees*

## Short Caption

Bucher v. Zaiger LLC

**FORM 1.** Notice of Appeal from a United States Federal Court (District Court, Court of Appeals for Veterans Claims, Court of Federal Claims (non-vaccine appeals), and Court of International Trade)     **Form 1**    March 2023

# UNITED STATES
# DISTRICT COURT FOR THE DISTRICT OF CONNECTICUT

## NOTICE OF APPEAL

Notice is hereby given that the appellant(s) listed below hereby appeal(s) the below-noted case to the United States Court of Appeals for the Federal Circuit.

Case number being appealed: 3:23-cv-452 (AWT)

Case title being appealed: William W. Bucher, et al. v. Zaiger LLC, et al.

Date of final judgment or order being appealed: 03/05/2025

**List all Appellants** (List each party filing this appeal. Do not use "et al." or other abbreviations. Attach continuation pages if necessary.)

William W. Bucher, IV
Bucher Law PLLC

Date: 03/31/2025

Signature: /s/William J. O'Sullivan (ct06482)

Name: William J. O'Sullivan

Address: O'Sullivan McCormack Jensen
180 Glastonbury Blvd., Ste. 210
Glastonbury, CT 06033

Phone Number: 860-258-1993

Email Address: wosullivan@omjblaw.com

# CERTIFICATE OF SERVICE

I hereby certify that on March 31, 2025, a copy of the foregoing was filed electronically and served by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

*/s/William J. O'Sullivan*
William J. O'Sullivan (ct06482)

I hereby attest and certify that this is a copy of a document which was electronically filed with the United States District Court for the District of Connecticut.
Date Filed: 3/27/25
Dinah Milton Kinney, Clerk
By: /s/ F. Velez
Deputy Clerk

# U.S. District Court
## District of Connecticut (New Haven)
### CIVIL DOCKET FOR CASE #: 3:23−cv−00452−AWT

Bucher v. Zaiger LLC et al  
Assigned to: Judge Alvin W. Thompson  
Referred to: Judge S. Dave Vatti  
Cause: 15:1125 Trademark Infringement (Lanham Act)

Date Filed: 04/10/2023  
Date Terminated: 03/05/2025  
Jury Demand: Plaintiff  
Nature of Suit: 840 Trademark  
Jurisdiction: Federal Question

**Plaintiff**

**William W. Bucher, IV**  
*an individual*

represented by **Amy E. Markim**  
O'Sullivan McCormack Jensen & Bliss PC  
180 Glastonbury Boulevard  
Suite 210  
Glastonbury, CT 06033  
860−258−1993  
Fax: 860−258−1991  
Email: amarkim@omjblaw.com  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

**David T. Siegel**  
Grellas Shah LLP  
20400 Stevens Creek Blvd.  
Suite 280  
Cupertino, CA 95014  
408−255−6310  
Email: dsiegel@grellas.com  
*LEAD ATTORNEY*  
*PRO HAC VICE*  
*ATTORNEY TO BE NOTICED*

**Dhaivat H Shah**  
Grellas Shah LLP  
20400 Stevens Creek Blvd.  
Suite 280  
Cupertino, CA 95014  
408−255−6310  
Email: ds@grellas.com  
*LEAD ATTORNEY*  
*PRO HAC VICE*  
*ATTORNEY TO BE NOTICED*

**William J. O'Sullivan**  
O'Sullivan McCormack Jensen & Bliss PC  
180 Glastonbury Blvd.  
Ste 210  
06033  
Glastonbury, CT 06033  
860−258−1993  
Email: wosullivan@omjblaw.com  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Bucher Law PLLC**  
*a New York professional limited liability company*

represented by **Amy E. Markim**  
(See above for address)  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

**Dhaivat H Shah**

(See above for address)  
*LEAD ATTORNEY*  
*PRO HAC VICE*  
*ATTORNEY TO BE NOTICED*

**William J. O'Sullivan**  
(See above for address)  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Zaiger LLC**  
*a New York limited liability Company*

represented by **Alexander Banzhaf**  
Tuttle Yick LLP  
352 Seventh Avenue  
14th Floor  
New York, NY 10001  
646−833−0300  
Email: abanzhaf@tuttleyick.com  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

**David P. Atkins**  
Pullman & Comley − Bpt  
850 Main St., PO Box 7006  
Bridgeport, CT 06601−7006  
203−330−2103  
Fax: 203−576−8888  
Email: datkins@pullcom.com  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

**Gregory Tuttle**  
Tuttle Yick LLP  
352 Seventh Avenue  
Ste 14th Floor  
New York, NY 10001  
646−493−9258  
Email: gtuttle@tuttleyick.com  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

**Defendant**

**Jeffrey H. Zaiger**  
*an individual*

represented by **Alexander Banzhaf**  
(See above for address)  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

**David P. Atkins**  
(See above for address)  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

**Gregory Tuttle**  
(See above for address)  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

**Defendant**

**Black Diamond Capital Management, LLC**

represented by **Jeffrey Mueller**  
Day Pitney LLP

| | |
|---|---|
| *a Delaware limited liability company* | Goodwin Square<br>225 Asylum Street<br>Hartford, CT 06103<br>860−275−0164<br>Email: jmueller@daypitney.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Matthew J. Letten**<br>Day Pitney LLP<br>Goodwin Square<br>225 Asylum Street<br>Hartford, CT 06103<br>860−275−0565<br>Email: mletten@daypitney.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Defendant**

| | | |
|---|---|---|
| **Stephen Deckoff**<br>*an individual* | represented by | **Jeffrey Mueller**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Matthew J. Letten**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

| Date Filed | # | Docket Text |
|---|---|---|
| 03/31/2025 | | Docket Entry Correction re 75 Notice of Appeal: Added replacement PDF. (Velez, F) (Entered: 03/31/2025) |
| 03/27/2025 | 75 | NOTICE OF APPEAL by William W. Bucher, IV, Bucher Law PLLC. Filing fee $ 605, receipt number ACTDC−8114626. (O'Sullivan, William) (Additional attachment(s) added on 3/31/2025: # 1 Replacement PDF) (Velez, F). (Entered: 03/27/2025) |
| 03/05/2025 | | JUDICIAL PROCEEDINGS SURVEY − FOR COUNSEL ONLY: The following link to the confidential survey requires you to log into CM/ECF for SECURITY purposes. Once in CM/ECF you will be prompted for the case number. Although you are receiving this survey through CM/ECF, it is hosted on an independent website called SurveyMonkey. Once in SurveyMonkey, the survey is located in a secure account. The survey is not docketed and it is not sent directly to the judge. To ensure anonymity, completed surveys are held up to 90 days before they are sent to the judge for review. We hope you will take this opportunity to participate, please click on this link:<br><br>https://ecf.ctd.uscourts.gov/cgi−bin/Dispatch.pl?survey<br>(Ferguson, L.) (Entered: 03/05/2025) |
| 03/05/2025 | 74 | AO 120 Report on the Determination of an Action re: Patent or Trademark Form Completed. (Attachments: # 1 Ruling, # 2 Judgment) (Ferguson, L.) (Entered: 03/05/2025) |
| 03/05/2025 | 73 | JUDGMENT entered DISMISSING the Second Amended Complaint.<br><br>For Appeal Forms please go to the following website: http://www.ctd.uscourts.gov/forms/all−forms/appeals_forms<br>Signed by Clerk on 3/5/2025. (Ferguson, L.) (Entered: 03/05/2025) |
| 02/24/2025 | 72 | For the reasons set forth in the attached ruling, the Motion of Defendants Zaiger LLC and Jeffrey Zaiger to Dismiss the Second Amended Complaint (ECF No. 59 ) and Defendants Black Diamond Capital Management, LLC and Stephen Deckoff's Motion to Dismiss Second Amended Complaint (ECF No. 61 ) are hereby GRANTED. The |

| | | |
|---|---|---|
| | | Sixth Count and the Tenth Count are dismissed with prejudice; the Twelfth Count is dismissed with prejudice; and the court declines to exercise supplemental jurisdiction over First, Second, Third, Fourth, Fifth, Seventh, Eighth, Ninth, Eleventh, and Thirteenth Counts. The Clerk shall enter judgment accordingly and close this case. It is so ordered. Signed by Judge Alvin W. Thompson on 2/24/2025. (Bodurtha, M.) (Entered: 02/24/2025) |
| 09/27/2023 | 71 | REPLY to Response to 61 MOTION to Dismiss *Second Amended Complaint* filed by Black Diamond Capital Management, LLC, Stephen Deckoff. (Letten, Matthew) (Entered: 09/27/2023) |
| 09/27/2023 | 70 | REPLY to Response to 59 MOTION to Dismiss *the Second Amended Complaint* filed by Jeffrey H. Zaiger, Zaiger LLC. (Tuttle, Gregory) (Entered: 09/27/2023) |
| 09/15/2023 | 69 | NOTICE of Appearance by Amy E. Markim on behalf of William W. Bucher, IV, Bucher Law PLLC (Markim, Amy) (Entered: 09/15/2023) |
| 09/13/2023 | 68 | ORDER: The Motion of Defendants Zaiger LLC and Jeffrey Zaiger to Stay Discovery (ECF No. 55 ) is hereby GRANTED for the reasons set forth in the attached document. It is so ordered. Signed by Judge Alvin W. Thompson on 09/13/23. (Eagan, O.) (Entered: 09/13/2023) |
| 09/13/2023 | 67 | Memorandum in Opposition re 59 MOTION to Dismiss *the Second Amended Complaint* filed by William W. Bucher, IV, Bucher Law PLLC. (Attachments: # 1 Exhibit Funding Agreement)(O'Sullivan, William) (Entered: 09/13/2023) |
| 09/13/2023 | 66 | Memorandum in Opposition re 61 MOTION to Dismiss *Second Amended Complaint* filed by William W. Bucher, IV, Bucher Law PLLC. (Attachments: # 1 Exhibit Funding Agreement)(O'Sullivan, William) (Entered: 09/13/2023) |
| 09/08/2023 | 65 | REPLY to Response to 55 MOTION to Stay *Discovery* filed by Jeffrey H. Zaiger, Zaiger LLC. (Tuttle, Gregory) (Entered: 09/08/2023) |
| 09/08/2023 | 64 | ORDER: The Motion of Defendants Zaiger LLC and Jeffrey Zaiger for an Extension of Time to Respond to Plaintiffs' Written Discovery Requests (ECF No. 63 ) is hereby GRANTED. Defendants Zaiger LLC and Jeffrey Zaiger shall file their response on or before October 11, 2023. It is so ordered. Signed by Judge Alvin W. Thompson on 09/08/2023. (Frazier, T.) (Entered: 09/08/2023) |
| 09/07/2023 | 63 | First MOTION for Extension of Time until October 11, 2023 to respond to discovery demands and interrogatories by Jeffrey H. Zaiger, Zaiger LLC. (Tuttle, Gregory) (Entered: 09/07/2023) |
| 08/25/2023 | 62 | Memorandum in Opposition re 55 MOTION to Stay *Discovery* filed by William W. Bucher, IV, Bucher Law PLLC. (O'Sullivan, William) (Entered: 08/25/2023) |
| 08/23/2023 | 61 | MOTION to Dismiss *Second Amended Complaint* by Black Diamond Capital Management, LLC, Stephen Deckoff.Responses due by 9/13/2023 (Attachments: # 1 Memorandum in Support)(Letten, Matthew) (Entered: 08/23/2023) |
| 08/23/2023 | 60 | Memorandum in Support re 59 MOTION to Dismiss *the Second Amended Complaint* filed by Jeffrey H. Zaiger, Zaiger LLC. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7, # 8 Exhibit 8, # 9 Exhibit 9, # 10 Exhibit 10)(Tuttle, Gregory) (Entered: 08/23/2023) |
| 08/23/2023 | 59 | MOTION to Dismiss *the Second Amended Complaint* by Jeffrey H. Zaiger, Zaiger LLC.Responses due by 9/13/2023 (Tuttle, Gregory) (Entered: 08/23/2023) |
| 08/08/2023 | 58 | ORDER: Defendants Black Diamond Capital Management, LLC and Stephen Deckoff's Motion to Dismiss Complaint (ECF No. 45 ) is hereby DENIED as moot. It is so ordered. Signed by Judge Alvin W. Thompson on 08/08/2023. (Frazier, T.) (Entered: 08/08/2023) |
| 08/08/2023 | 57 | ORDER: The Motion of Defendants Zaiger LLC and Jeffrey Zaiger to Dismiss the Complaint (ECF No. 46 ) is hereby DENIED as moot. See ECF No. 56 . It is so ordered. Signed by Judge Alvin W. Thompson on 08/08/2023. (Frazier, T.) (Entered: 08/08/2023) |

| | | |
|---|---|---|
| 08/04/2023 | 56 | Memorandum in Support re 55 MOTION to Stay *Discovery* filed by Jeffrey H. Zaiger, Zaiger LLC. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C)(Tuttle, Gregory) (Entered: 08/04/2023) |
| 08/04/2023 | 55 | MOTION to Stay *Discovery* by Jeffrey H. Zaiger, Zaiger LLC.Responses due by 8/25/2023 (Tuttle, Gregory) (Entered: 08/04/2023) |
| 08/01/2023 | | Answer deadline updated for Black Diamond Capital Management, LLC to 8/23/2023; Bucher Law PLLC to 8/23/2023; Stephen Deckoff to 8/23/2023; Jeffrey H. Zaiger to 8/23/2023; Zaiger LLC to 8/23/2023. (Ferguson, L.) (Entered: 08/03/2023) |
| 08/01/2023 | 54 | AMENDED COMPLAINT *(Second)* against All Defendants, filed by William W. Bucher, IV.(O'Sullivan, William) (Entered: 08/01/2023) |
| 08/01/2023 | 53 | ORDER: The plaintiff's Rule 21 Motion on Consent for Leave to Add Additional Plaintiff (ECF No. 52 ) is hereby GRANTED. The plaintiff shall file the Second Amended Complaint forthwith. The defendants shall respond to the Second Amended Complaint on or before August 23, 2023. It is so ordered. Signed by Judge Alvin W. Thompson on 08/01/2023. (Frazier, T.) (Entered: 08/01/2023) |
| 07/21/2023 | 52 | Consent MOTION for Joinder *of Bucher Law PLLC as co−plaintiff* by William W. Bucher, IV. (Attachments: # 1 Affidavit Declaration of Attorney Dhaivat Shah iso motion to add plaintiff and amend complaint, # 2 Exhibit Exhibit A to Shah declaration, proposed Second Amended Complaint, # 3 Exhibit Exhibit B to Shah declaration, redline of Second Amended Complaint against First Amended Complaint)(O'Sullivan, William) (Entered: 07/21/2023) |
| 07/19/2023 | 51 | REPORT of Rule 26(f) Planning Meeting. (O'Sullivan, William) (Entered: 07/19/2023) |
| 07/18/2023 | 50 | AMENDED COMPLAINT against All Defendants, filed by William W. Bucher, IV.(O'Sullivan, William) (Entered: 07/18/2023) |
| 06/30/2023 | 49 | ORDER: The defendants' Motion for Attorney Alexander C. Banzhaf to be Admitted Pro Hac Vice (ECF No. 15 ) is hereby DENIED as moot. See ECF No. 33 . It is so ordered. Signed by Judge Alvin W. Thompson on 06/30/2023. (Frazier, T.) (Entered: 06/30/2023) |
| 06/30/2023 | 48 | ORDER: The defendants' Motion for Attorney Gregory O. Tuttle to be Admitted Pro Hac Vice (ECF No. 14 ) is hereby DENIED as moot. See ECF No. 32 . It is so ordered. Signed by Judge Alvin W. Thompson on 06/30/2023. (Frazier, T.) (Entered: 06/30/2023) |
| 06/29/2023 | 47 | Memorandum in Support re 46 MOTION to Dismiss filed by Jeffrey H. Zaiger, Zaiger LLC. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7, # 8 Exhibit 8)(Tuttle, Gregory) (Entered: 06/29/2023) |
| 06/29/2023 | 46 | MOTION to Dismiss by Jeffrey H. Zaiger, Zaiger LLC.Responses due by 7/20/2023 (Tuttle, Gregory) (Entered: 06/29/2023) |
| 06/29/2023 | 45 | MOTION to Dismiss by Black Diamond Capital Management, LLC, Stephen Deckoff.Responses due by 7/20/2023 (Attachments: # 1 Memorandum in Support)(Letten, Matthew) (Entered: 06/29/2023) |
| 06/28/2023 | 44 | CERTIFICATE OF GOOD STANDING re 15 MOTION for Attorney(s) Alexander C. Banzhaf to be Admitted Pro Hac Vice (paid $200 PHV fee; receipt number ACTDC−7357435) by Jeffrey H. Zaiger, Zaiger LLC. (Banzhaf, Alexander) (Entered: 06/28/2023) |
| 06/28/2023 | 43 | NOTICE of Appearance by Alexander Banzhaf on behalf of Jeffrey H. Zaiger, Zaiger LLC (Banzhaf, Alexander) (Entered: 06/28/2023) |
| 06/26/2023 | 42 | CERTIFICATE OF GOOD STANDING re 14 MOTION for Attorney(s) George O. Tuttle to be Admitted Pro Hac Vice (paid $200 PHV fee; receipt number ACTDC−7357401) by Jeffrey H. Zaiger, Zaiger LLC. (Tuttle, Gregory) (Entered: 06/26/2023) |

| | | |
|---|---|---|
| 06/26/2023 | 41 | NOTICE of Appearance by Gregory Tuttle on behalf of Jeffrey H. Zaiger, Zaiger LLC (Tuttle, Gregory) (Entered: 06/26/2023) |
| 06/15/2023 | 40 | CERTIFICATE OF GOOD STANDING re 20 MOTION for Attorney(s) David Siegel to be Admitted Pro Hac Vice (paid $200 PHV fee; receipt number ACTDC−7359453) by William W. Bucher, IV. (Siegel, David) (Entered: 06/15/2023) |
| 06/15/2023 | 39 | ENTERED IN ERROR: CERTIFICATE OF GOOD STANDING re 20 MOTION for Attorney(s) David Siegel to be Admitted Pro Hac Vice (paid $200 PHV fee; receipt number ACTDC−7359453) by William W. Bucher, IV. (Siegel, David) Modified on 6/15/2023 to add Entered in Error as attachment is not correct. Attorney to refile correctly. (Chartier, AnnMarie). (Entered: 06/15/2023) |
| 06/15/2023 | 38 | NOTICE of Appearance by David T. Siegel on behalf of William W. Bucher, IV *Includes PVH #* (Siegel, David) (Entered: 06/15/2023) |
| 06/14/2023 | 37 | ENTERED IN ERROR − CERTIFICATE OF GOOD STANDING re 20 MOTION for Attorney(s) David Siegel to be Admitted Pro Hac Vice (paid $200 PHV fee; receipt number ACTDC−7359453) by William W. Bucher, IV. (Shah, Dhaviat) Modified on 6/15/2023 to add Entered in Error as filing entered under incorrect attorney. Attorney to refile correctly. (Chartier, AnnMarie). (Entered: 06/14/2023) |
| 06/14/2023 | 36 | CERTIFICATE OF GOOD STANDING re 19 MOTION for Attorney(s) Dhaivat Shah to be Admitted Pro Hac Vice (paid $200 PHV fee; receipt number ACTDC−7359426) by William W. Bucher, IV. (Shah, Dhaviat) (Entered: 06/14/2023) |
| 06/14/2023 | 35 | ENTERED IN ERROR: NOTICE of Appearance by Dhaviat H Shah on behalf of William W. Bucher, IV *Notice of Appearance of David Siegel, Esq.* (Shah, Dhaviat) Modified on 6/15/2023 to add Entered in Error as attorney filed appearance under incorrect attorney account. Attorney to refile correctly. (Chartier, AnnMarie). (Entered: 06/14/2023) |
| 06/14/2023 | 34 | NOTICE of Appearance by Dhaviat H Shah on behalf of William W. Bucher, IV (Shah, Dhaviat) (Entered: 06/14/2023) |
| 06/12/2023 | 33 | ORDER granting 31 Motion for Attorney Alexander C. Banzhaf to be Admitted Pro Hac Vice. Certificate of Good Standing due by 8/11/2023. Signed by Clerk on 6/12/2023. (Mendez, D) (Entered: 06/12/2023) |
| 06/12/2023 | 32 | ORDER granting 30 Motion for Attorney Gregory O. Tuttle to be Admitted Pro Hac Vice. Certificate of Good Standing due by 8/11/2023. Signed by Clerk on 6/12/2023. (Mendez, D) (Entered: 06/12/2023) |
| 06/06/2023 | 31 | MOTION for Attorney(s) Alexander C. Banzhaf to be Admitted Pro Hac Vice by Jeffrey H. Zaiger, Zaiger LLC. (Attachments: # 1 Affidavit)(Atkins, David) (Entered: 06/06/2023) |
| 06/06/2023 | 30 | MOTION for Attorney(s) Gregory O. Tuttle to be Admitted Pro Hac Vice by Jeffrey H. Zaiger, Zaiger LLC. (Attachments: # 1 Affidavit)(Atkins, David) (Entered: 06/06/2023) |
| 05/30/2023 | | Answer deadline updated for Black Diamond Capital Management, LLC to 6/29/2023; Stephen Deckoff to 6/29/2023. (Ferguson, L.) (Entered: 05/31/2023) |
| 05/30/2023 | 29 | ORDER: Defendants Black Diamond Capital Management, LLC and Stephen Deckoff's Motion for Extension of Time (ECF No. 18 ) is hereby GRANTED over objection. The court has also considered the plaintiff's objection with respect to defendants Zaiger LLC and Jeffrey H. Zaiger's motion for extension of time. See ECF Nos. 13, 23. The defendants shall file their responses on or before June 29, 2023. It is so ordered. Signed by Judge Alvin W. Thompson on 05/30/2023. (Ghinaglia Socorro, F.) (Entered: 05/30/2023) |
| 05/25/2023 | 28 | ORDER granting 20 Motion for Attorney David Siegel to be Admitted Pro Hac Vice. Certificate of Good Standing due by 7/24/2023. Signed by Clerk on 5/25/2023. (Mendez, D) (Entered: 05/25/2023) |
| 05/25/2023 | 27 | ORDER granting 19 Motion for Attorney Dhaivat Shah to be Admitted Pro Hac Vice. Certificate of Good Standing due by 7/24/2023. Signed by Clerk on 5/25/2023. (Mendez, D) (Entered: 05/25/2023) |

| | | |
|---|---|---|
| 05/25/2023 | | Judge S. Dave Vatti added. Judge Thomas O. Farrish no longer assigned to case. (Johnson, D.) (Entered: 05/25/2023) |
| 05/25/2023 | 26 | ORDER re: recusal of Judge Thomas O. Farrish. Judge Farrish recuses himself from this case pursuant to 28 U.S.C. § 455. The plaintiff is represented by Attorney Jeffrey Mueller of Day Pitney LLP. Judge Farrish was, until December 31, 2019, Attorney Mueller's law partner. Although more than three years have elapsed since Judge Farrish left Day Pitney, making his recusal no longer mandatory in all cases in which the firm appears, *see Swoverland v. GlaxoSmithKline*, No. 3:10−cv−914 (SRU), 2010 WL 7862769, at *1 (D. Conn. Aug. 23, 2010), Attorney Mueller is one of a limited number of Day Pitney attorneys whose continuing relationship with Judge Farrish is such that the judge's impartiality might reasonably be questioned. Judge Farrish therefore recuses himself, and the Clerk of the Court is respectfully directed to associate a different, randomly−selected magistrate judge with the case. It is so ordered. Signed by Judge Thomas O. Farrish on 5/25/23.(Wood, R.) (Entered: 05/25/2023) |
| 05/24/2023 | | Answer deadline updated for Jeffrey H. Zaiger to 6/29/2023; Zaiger LLC to 6/29/2023. (Ferguson, L.) (Entered: 05/25/2023) |
| 05/24/2023 | 25 | ORDER: The defendants' Initial Motion for Extension of Time of Defendants Zaiger LLC and Jeffrey H. Zaiger to Respond to Complaint (ECF No. 13 ) is hereby GRANTED, absent objection. Defendants Zaiger and Zaiger LLC shall file their responses on or before June 29, 2023. It is so ordered. Signed by Judge Alvin W. Thompson on 05/14/2023. (Frazier, T.) (Entered: 05/24/2023) |
| 05/24/2023 | 24 | Memorandum in Opposition re 18 MOTION for Extension of Time until June 29, 2023 to respond to the Complaint 1 Complaint filed by William W. Bucher, IV. (O'Sullivan, William) (Entered: 05/24/2023) |
| 05/24/2023 | 23 | Memorandum in Opposition re 13 MOTION for Extension of Time until June 29, 2023 to file a response to the 1 Complaint filed by William W. Bucher, IV. (O'Sullivan, William) (Entered: 05/24/2023) |
| 05/24/2023 | 22 | AFFIDAVIT of Service for Supplemental return of service served on Stephen Deckoff on certified mailing delivered 05/13/2023, filed by William W. Bucher, IV. (O'Sullivan, William) (Entered: 05/24/2023) |
| 05/24/2023 | 21 | AFFIDAVIT of Service for Supplemental return of service served on Jeffrey H. Zaiger on certified mailing delivered 05/13/2023, filed by William W. Bucher, IV. (O'Sullivan, William) (Entered: 05/24/2023) |
| 05/24/2023 | 20 | MOTION for Attorney(s) David Siegel to be Admitted Pro Hac Vice (paid $200 PHV fee; receipt number ACTDC−7359453) by William W. Bucher, IV. (O'Sullivan, William) (Entered: 05/24/2023) |
| 05/24/2023 | 19 | MOTION for Attorney(s) Dhaivat Shah to be Admitted Pro Hac Vice (paid $200 PHV fee; receipt number ACTDC−7359426) by William W. Bucher, IV. (O'Sullivan, William) (Entered: 05/24/2023) |
| 05/24/2023 | 18 | MOTION for Extension of Time until June 29, 2023 to respond to the Complaint 1 Complaint by Black Diamond Capital Management, LLC, Stephen Deckoff. (Mueller, Jeffrey) (Entered: 05/24/2023) |
| 05/24/2023 | 17 | NOTICE of Appearance by Matthew J. Letten on behalf of Black Diamond Capital Management, LLC, Stephen Deckoff (Letten, Matthew) (Entered: 05/24/2023) |
| 05/24/2023 | 16 | NOTICE of Appearance by Jeffrey Mueller on behalf of Black Diamond Capital Management, LLC, Stephen Deckoff (Mueller, Jeffrey) (Entered: 05/24/2023) |
| 05/23/2023 | 15 | MOTION for Attorney(s) Alexander C. Banzhaf to be Admitted Pro Hac Vice (paid $200 PHV fee; receipt number ACTDC−7357435) by Jeffrey H. Zaiger, Zaiger LLC. (Attachments: # 1 Declaration)(Atkins, David) (Entered: 05/23/2023) |
| 05/23/2023 | 14 | MOTION for Attorney(s) Gregory O. Tuttle to be Admitted Pro Hac Vice (paid $200 PHV fee; receipt number ACTDC−7357401) by Jeffrey H. Zaiger, Zaiger LLC. (Attachments: # 1 Declaration)(Atkins, David) Modified on 5/25/2023 to correct attorney's first name (Imbriani, Susan). (Entered: 05/23/2023) |

| | | |
|---|---|---|
| 05/23/2023 | 13 | MOTION for Extension of Time until June 29, 2023 to file a response to the 1 Complaint by Jeffrey H. Zaiger, Zaiger LLC. (Atkins, David) (Entered: 05/23/2023) |
| 05/23/2023 | 12 | NOTICE of Appearance by David P. Atkins on behalf of Jeffrey H. Zaiger, Zaiger LLC (Atkins, David) (Entered: 05/23/2023) |
| 05/18/2023 | | Per document 11, updated answer deadline for Stephen Deckoff to 5/31/2023. (Mendez, D) (Entered: 05/19/2023) |
| 05/18/2023 | | Per document 10, updated answer deadline for Black Diamond Capital Management, LLC to 5/30/2023. (Mendez, D) (Entered: 05/19/2023) |
| 05/18/2023 | | Per document 9, updated answer for Jeffrey H. Zaiger to 5/30/2023. (Mendez, D) (Entered: 05/19/2023) |
| 05/18/2023 | | Per document 8, updated answer deadline for Zaiger LLC to 5/30/2023. (Mendez, D) (Entered: 05/19/2023) |
| 05/18/2023 | 11 | AFFIDAVIT of Service for Summons and complaint served on Stephen Deckoff on 05/10/2023, filed by William W. Bucher, IV. (O'Sullivan, William) (Entered: 05/18/2023) |
| 05/18/2023 | 10 | AFFIDAVIT of Service for Summons and complaint served on Black Diamond Capital Management, LLC on 05/09/2023, filed by William W. Bucher, IV. (O'Sullivan, William) (Entered: 05/18/2023) |
| 05/18/2023 | 9 | AFFIDAVIT of Service for Summons and complaint served on Jeffrey H. Zaiger on 05/09/2023, filed by William W. Bucher, IV. (O'Sullivan, William) (Entered: 05/18/2023) |
| 05/18/2023 | 8 | AFFIDAVIT of Service for Summons and complaint served on Zaiger LLC on 05/09/2023, filed by William W. Bucher, IV. (O'Sullivan, William) (Entered: 05/18/2023) |
| 04/10/2023 | 7 | ELECTRONIC SUMMONS ISSUED in accordance with Fed. R. Civ. P. 4 and LR 4 as to *Black Diamond Capital Management, LLC, Stephen Deckoff, Jeffrey H. Zaiger, Zaiger LLC* with answer to complaint due within *21* days. Attorney *William J. O'Sullivan* *O'Sullivan McCormack Jensen & Bliss PC* *180 Glastonbury Blvd. Ste 210* *Glastonbury, CT 06033*. (Mendez, D) (Entered: 04/10/2023) |
| 04/10/2023 | 6 | AO 120 Report on the Filing re: Patent or Trademark Form Completed. (Attachments: # 1 Complaint) (Mendez, D) (Entered: 04/10/2023) |
| 04/10/2023 | 5 | STANDING PROTECTIVE ORDER.<br>Signed by Judge Alvin W. Thompson on 4/10/2023. (Mendez, D) (Entered: 04/10/2023) |
| 04/10/2023 | 4 | ELECTRONIC FILING ORDER FOR COUNSEL − PLEASE ENSURE COMPLIANCE WITH COURTESY COPY REQUIREMENTS IN THIS ORDER.<br>Signed by Judge Alvin W. Thompson on 4/10/2023. (Mendez, D) (Entered: 04/10/2023) |
| 04/10/2023 | 3 | Order on Pretrial Deadlines: Amended Pleadings due by 6/9/2023. Discovery due by 10/10/2023. Dispositive Motions due by 11/14/2023.<br>Signed by Clerk on 4/10/2023. (Mendez, D) (Entered: 04/10/2023) |
| 04/10/2023 | | Judge Alvin W. Thompson and Judge Thomas O. Farrish added. (Freberg, B) (Entered: 04/10/2023) |
| 04/10/2023 | 2 | Notice: Pursuant to Federal Rule of Civil Procedure 7.1, a disclosure statement must be filed with a party's first appearance, pleading, petition, motion, response, or other request addressed to the Court and must be supplemented if any required information changes during the case.<br>Signed by Clerk on 4/10/23.(Hushin, Z.) (Entered: 04/10/2023) |
| 04/10/2023 | | Request for Clerk to issue summons as to All Defendants. (O'Sullivan, William) (Entered: 04/10/2023) |
| 04/10/2023 | 1 | COMPLAINT against All Defendants ( Filing fee $402 receipt number ACTDC−7305534.), filed by William W. Bucher, IV. (Attachments: # 1 Exhibit |

| | | Exhibit A to Complaint, # 2 Exhibit Exhibit B to Complaint)(O'Sullivan, William) (Entered: 04/10/2023) |
|---|---|---|

# UNITED STATES DISTRICT COURT

# DISTRICT OF CONNECTICUT

| | |
|---|---|
| WILLIAM W. BUCHER, IV,<br>BUCHER LAW PLLC,<br><br>    Plaintiffs,<br><br>v.<br><br>ZAIGER LLC,<br>JEFFREY H. ZAIGER,<br>BLACK DIAMOND CAPITAL<br>MANAGEMENT, LLC,<br>STEPHEN DECKOFF,<br><br>    Defendants. | CASE NO. 3:23-cv-452 (AWT) |

## JUDGMENT

This action came on for consideration of motions to dismiss plaintiffs William W. Bucher, IV and Bucher Law PLLC's second amended complaint by defendants Zaiger LLC and Jeffrey H. Zaiger and Black Diamond Capital Management, LLC and Stephen Deckoff before the Honorable Alvin W. Thompson, United States District Judge.

The Court having considered the motions and the full record of the case including applicable principles of law, issued a ruling granting the defendants' motions. The Court found that the only claims in the second amended complaint brought under federal law are the claims under the Lanham Act in the Sixth, Tenth, and Twelfth Counts. The Court concluded that the factual allegations in those counts are insufficient to survive the defendants' motions to dismiss and, consequently, dismissed them and declined to exercise supplemental jurisdiction over the state law claims.

It is therefore;

**ORDERED, ADJUDGED AND DECREED** that judgment is hereby entered dismissing the second amended complaint. The Sixth and Tenth Counts against Zaiger LLC and Jeffrey H. Zaiger are dismissed with prejudice. The Twelfth Count against Black Diamond Capital Management, LLC and Stephen Deckoff is dismissed with prejudice.

The Court declines to exercise supplemental jurisdiction over the First, Second, Third, Fourth, Fifth, Seventh, Eighth, Ninth, Eleventh, and Thirteenth Counts, and this case is closed.

Dated at Hartford, Connecticut, this 5th day of March, 2025.

                                      DINAH MILTON KINNEY, Clerk

                                      By  /s/ Linda S. Ferguson
`                                     Linda S. Ferguson
                                      Deputy Clerk

EOD:  3/5/2025