# United States District Court for the District of Connecticut

Case Number: 3:23-cv-452 (AWT)

William W. Bucher IV,
Bucher Law PLLC

*List the full name(s) of the plaintiff(s)/petitioners(s)*

v.

**NOTICE OF APPEAL**

Zaiger LLC, Jeffery H. Zaiger, Black Diamond Capital Management, LLC and Stephen Deckoff

*List the full name(s) of the defendant(s)/respondent(s)*

Notice is hereby given that William W. Bucher IV and Bucher Law PLLC, plaintiffs in the above-
*List the names of all parties who are filing an appeal*

named case, hereby appeal to the United States Court of Appeals for the Second Circuit from the

☑ final judgment entered in this action on 03/05/2025
*Date Entered*

OR

☐ order #(_____) entered in this action on _____ described as:
*Date Entered*

> A judgment dismissing the Sixth, Tenth and Twelfth Counts of plaintiffs' Second Amended Complaint with prejudice and declining to exercise supplemental jurisdiction over First, Second, Third, Fourth, Fifth, Seventh, Eighth, Ninth, Eleventh and Thirteenth Counts following the issuance of a ruling granting defendants' motions to dismiss under Rule 12(b)(6).

*(Provide a brief description of the decision in the order/judgment)*

03/05/2025  /s/William J. O'Sullivan (ct06482)
*Date*  *Signature*

O'Sullivan, William J.
*Name (Last, First, MI)*

O'Sullivan McCormack Jensen & Bliss PC, 180 Glastonbury Blvd., Suite #210, Glastonbury CT 06033
*Address*  *City*  *State*

860-258-1993  wosullivan@omjblaw.com
*Telephone*  *E-mail Address (if available)*

*See Rule 3(c) for permissible ways of identifying appellants. Attach additional pages as necessary.

***Note to inmate filers:*** *If you are an inmate confined in an institution and you seek the timing benefit of Fed. R. App. P. 4 (c)(1), complete Form 7 (declaration of Inmate Filing) and file that declaration along with this Notice of Appeal.*

Rev. 11-16-22

# CERTIFICATE OF SERVICE

I hereby certify that on March 27, 2025, a copy of the foregoing was filed electronically and served by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

*/s/William J. O'Sullivan*
William J. O'Sullivan (ct06482)