NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**WILLIAM W. BUCHER, IV, BUCHER LAW PLLC,**
*Plaintiffs-Appellants*

v.

**ZAIGER LLC, JEFFREY H. ZAIGER, BLACK DIAMOND CAPITAL MANAGEMENT, LLC, STEPHEN DECKOFF,**
*Defendants-Appellees*

---

2025-1609

---

Appeal from the United States District Court for the District of Connecticut in No. 3:23-cv-00452-AWT, Senior Judge Alvin W. Thompson.

---

**ON MOTION**

---

PER CURIAM.

**O R D E R**

Because this appeal appeared to fall outside of this court's jurisdiction, *see* 28 U.S.C. § 1295, the court directed the parties to show cause. Appellants respond with a "request that the Court dismiss this appeal." ECF No. 5 at 2.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The appeal is dismissed.

(2) Each party shall bear its own costs.

(3) The mandate shall issue forthwith.

FOR THE COURT

July 9, 2025
Date

Jarrett B. Perlow
Clerk of Court

ISSUED AS A MANDATE: July 9, 2025